EDWARD J. DOBSON, JR., INC. v. STATE OF NEW JERSEY.

September 11, 1987.

Petition for certification denied.

MICHAEL NEWTON v. GROSS & HECHT, INC.

September 11, 1987.

Petition for certification denied.

EDWARD GOLDMAN v. CLARENCE RENTA AND
CHARLOTTE RENTA.

September 11, 1987.

Petition for certification denied.

IN THE MATTER OF THE LAST WILL OF ALICE
MINARSKI, DECEASED.

September 11, 1987.

Petition for certification denied.